# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KAREN WILCOX

NO. 2019 KW 0540

JUL 2 2 2019

---

In Re:   Karen Wilcox, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 432880.

---

**BEFORE:  McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

   **WRIT DENIED.**

               **PMc**
               **TMH**
               **WIL**

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
     FOR THE COURT